## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

| | | |
|---|---|---|
| **PERRY MOORE** | ] | |
| **Plaintiff,** | ] | |
| | ] | **Civil Action No.** |
| | ] | |
| | ] | **1:14-CV-00024-GHD-DAS** |
| | ] | |
| **V.** | ] | |
| | ] | |
| **GULF STATES MANUFACTURERS, LLC** | ] | |
| **Defendant.** | ] | |

---

### REQUEST TO WITHDRAW U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S MOTION TO QUASH AND/OR MODIFY SUBPOENA, AND MOTION TO STRIKE

---

The Equal Employment Opportunity Commission, by and through its attorneys, hereby withdraws its previously filed Motion to Quash And/Or Modify Subpoena and Motion to Strike. (Doc. 103). The parties have resolved the matter, without the need for court intervention, and the issues raised in the Motion are now moot.

Respectfully submitted, this 6th day of April, 2015.

Respectfully submitted,

C. EMANUEL SMITH
Regional Attorney
Mississippi Bar # 7473

MARSHA L. RUCKER
Acting Supervisory Trial Attorney
PA Bar # 90041

1

*/s/Christopher Woolley*
CHRISTOPHER WOOLLEY
Trial Attorney
CA Bar #241888

HARRIETT JOHNSON
Trial Attorney
MS Bar #103149

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
 Dr. A. H. McCoy Federal Building
100 W. Capitol Street, Suite 338
Jackson, Mississippi 39269
Office Phone: (601) 948-8454
Cell Phone: (205) 410-6099
Fax: (601) 948-8401
harriett.johnson@eeoc.gov

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

**John P. Phillips, Esq.**
Alaniz Schraeder Linker Farris Mayes, L.L.P.
2500 City West Blvd., Suite 1000
Houston, Texas 77042

**Wilbur Colom** (MSB# 6403)
**Scott W. Colom** (MSB#103168)
The Colom Firm, LLC
200 6th Street No., Suite 700
Columbus, MS 39703-0866
Telephone: (601) 327-0903
Facsimile: (601) 329-4832
wil@colom.com
scott@colom.com

*/s/ Christopher Woolley*
Christopher Woolley

2