IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PERRY MOORE                                                                                    PLAINTIFF

v.                                                        CIVIL ACTION NO. 1:14-cv-00024-GHD-DAS

GULF STATES MANUFACTURERS, LLC                                                  DEFENDANT

## ORDER DENYING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, the Court hereby ORDERS that Defendant's motion for summary judgment [120] is DENIED. This case shall proceed to trial.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 15 day of July, 2014.

_____
SENIOR U.S. DISTRICT JUDGE