IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PERRY MOORE                                              PLAINTIFF

VS.                                                      CASE NO. 1:14CV24-GHD-DAS

GULF STATES MANUFACTURERS, LLC          DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

The court has been advised by counsel pursuant to Stipulation of Dismissal with Prejudice [144] filed in this case on August 10, 2015, that this case may be dismissed with prejudice, each party to bear its own costs.

THEREFORE, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own costs.

This 13th day of August, 2015.

_____
Senior United States District Judge